UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-21352-CIV-UNGARO

ANDRES VARGAS RODILLA, et al.,
    Plaintiffs,

v.

TFC-RB, LLC, et al.,
    Defendants.
_____/

## CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), the above parties have voluntarily consented to have a United States Magistrate Judge conduct all further proceedings in the case, including the trial and entry of final judgment. The parties are advised that any appeals from the Magistrate's disposition of this case must be made directly to the Eleventh Circuit Court of Appeals.

IT IS HEREBY ORDERED that this case be referred to the Honorable Andrea Simonton United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and the consent of the parties.

DONE AND ORDERED in Chambers at Miami, Florida, this 9th day of December, 2008.

*[signature]*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record
Magistrate Judge Simonton