UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  08-21352-CIV-UNGARO/SIMONTON
**CONSENT CASE**

**ANDRES VARGAS RODILLA, et al.,**

    Plaintiffs,

v.

**TFC-RB, LLC, et al.,**

    Defendants.
_____/

**NOTICE OF COURT PRACTICE IN FLSA CASES**

This matter is before the Court *sua sponte*.  This is a Fair Labor Standards Act case in which Plaintiffs seek unpaid wages.  Therefore, in order to assist the Court in the management of the case, and to ensure that any disputes regarding the method of calculations are identified sufficiently early in the proceedings, it is hereby

**ORDERED** that on or before January 5, 2009, Plaintiffs shall file statements of claim setting forth the amount of alleged unpaid wages, the calculation of such wages, and the nature of the wages (overtime or regular), and shall serve a copy on Defendants' counsel.  Defendants shall file a response within ten business days of the filing of Plaintiffs' statements of claim.

**DONE AND ORDERED** at Miami, Florida, this 17th day of December, 2008.

_____
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
All counsel of record