UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 08-21352 CIV UNGARO/SIMONTON

ANDRES VARGAS RODILLA,
ROBERTO CHAMORRO,
RICARDO LOZO, GUILLERMO SALA,
JULIO ABREU, MANUEL PEREIRA, MARIA E.
GIRALDO, JOSE JIMINEZ, OMAR CANO,
JOEL RODRIGUEZ, WILLIAM ENGARDO
LANDIETA, MARIA CAROLINA MARTIN, and all
others similarly situated

     Plaintiffs,

v.

TFC-RB, LLC,
MICHAEL DAWSON,

     Defendants.
_____/

### DEFENDANTS' TFC-RB, LLC & MICHAEL DAWSON'S MOTION FOR PROTECTIVE ORDER TO POSTPONE THE TAKING OF THE DEPOSITNIS OF MICHAEL DAWSON AND ADRIANA CASTILLO AND MEMORANDUM OF LAW IN SUPPORT THEREOF

Come Now, the Defendants by and through their undersigned counsel and pursuant to the Federal Rules of Civil Procedure file this their motion for preotective order to psotpoonc th taking fo the depositn of Michael Dawson and Adriana Castillo for Febraury 23, 2009 ane states as follows:

    1.    On February 3, 2009, the Plaintiffs **unilaterally** noticed the depositions of Michael Dawson and Adriana Castillo for the office of Plaintiff's counsel in Miami Beach, Florida for February 23, 2009. The fax cover sheet with the notice states: "Should this date be inconvenient, please propose 3 alternative dates for these depositions to go forward on. Additionally, please advise if any of the deponents will require an interpreter." A copy of the fax cover sheet is attached.

2.  On February 19th, 2009, the undersigned e-mailed back that the date is inconvenient and proposed not three but 6 dates in March for the depositions ranging form March 6 to March 20th. Plaintiffs' counsel responded back "we cannot agree to any more rests. Please go ahead and file a motion for protective order."

3.  Prior to filing this motion, the undersigned sent an email and certifies that in accordance with Local Rule 7.1 he has made an effort to confer with plaintiffs' counsel in an effort to resolve this matter and has been unable to do so.

4.  While this case is ct for trial, the discovery deadline is not until May 22, 2009. The dates proposed by the Defendants will not in any way prejudice the Plaintiffs.

5.  One of the noticed indivdials Adrian Castillo, is a secretary for the defendant TFC-RB, LLC. She is not an officer director or managing agent, manager or have any ownership interest in the entity, nor a party to this action. She has not been subpoeanead for the deposition, and is under no duty to attend the deposition.

6.  As stated by Magistrate Seltzer in *Karakis v. Forever Jens, Inc. 2009 WL 113456 (S.D. Fla. Jan.19. 2009):*

" Noel Jones is not a party, and, according to Defendant Foreva Jens, Inc., he is not an officer, director, or managing agent of the corporate party. Plaintiff has not alleged otherwise, and he has failed to refute Defendant's statement. Therefore, Jones cannot be compelled to attend a deposition by notice to Defendant's counsel; Plaintiff was required to subpoena Jones. *See Faro Techs. Inc. v. Romer, Inc.,* No. 06-cv-13, 2007 WL 496615, at *3 (M.D.Fla. Feb.12, 2007) ("A corporate employee or agent who does not qualify as an officer, director, or managing agent is not subject to deposition by notice.") (quoting *JSC Foreign Econ. Ass'n Tech nostroyexport v. Int'l Dev. and Trade Servs., Inc.,* 220 F.R.D. 235, 238 (S.D.N.Y.2004)).

7.  Pursuant to Discovery Practices Handbook, Appendix A to Local Rules, § I.A (2): "A lawyer shall normally attempt to accommodate the calendars

of opposing lawyers in scheduling discovery)"and § II.A (1) "A courteous lawyer is normally expected to accommodate the schedules of opposing lawyers." See *Karakis*, supra.

8.  The undersigned presently has a noontime meeting on February 23rd, 2009 in Boca Raton with an attorney who is a party in an action that is set for trial in April. Without waiving any privilege, the purpose of the meeting is to explore settlement and streamlining activities that need to be done prior to trial. Due to the busy nature of the other attorney's schedule and the fact that the undersigned has two cases specially set at the end of March, the undersigned wants to know sooner than later if the April case will truly proceed to trial or more likely resolve itself and what effort is authorized to bring about the resolution by trial or settlement.

9.  The depositions for Monday were unilaterally set with a fax that indicated if the date was inconvenient please propose three alternative dates. The undersigned has proposed *six* alternative dates. As stated by Magistrate Seltzer in *Karakis*,:

> "The Court views with concern the unilateral scheduling of depositions absent the inability of the parties, after a good faith effort, to agree on mutually convenient dates. The unilateral setting of depositions (especially coupled with an unwillingness by counsel to reschedule the deposition date) leads to the filing of unnecessary motions, as demonstrated in this case. Such motions are a waste of the parties' time and money, as well as a waste of scare judicial resources." *Id.* at page 7

WHEREFORE, the undersigned requests that the instant motion be granted and that the depositions set for February 23, 2009, be postponed to a date convenient for all in March.

### CERTIFICATE OF SERVICE

I hereby certify that on **February 20th 2009**, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day to J. H. Zidell, Esquire, J.H. Zidell, P.A. 300 71st Street, #605, Miami Beach, FL 33141 via transmission of Notices of Electronic Filing generated by CM/ECF.

**S/ Stuart M. Silverman**
STUART M. SILVERMAN, ESQ.
E-Mail:smslawfirm@aol.com
STUART M. SILVERMAN, P.A.
2500 N. Military Trail, Suite 283
P.O. Box 812315
Boca Raton, FL  33481-2315
Tel.: (561) 289-9319
Fax: (561) 367-7384/ 999-9958
Florida Bar No. 717614
Attorneys for Defendants



STATE & FEDERAL
COURT PRACTICE

CITY NATIONAL BANK BLDNG.
300 71ST. SUITE 605
MIAMI BEACH, FL 33141
TEL (305) 865-6766
FAX (305) 865-7167



## WARNING: CONFIDENTIAL CONTENTS

THIS FAX IS INTENDED FOR THE PERSON NAMED BELOW. IF YOU ARE NOT THE PERSON NAMED BELOW, DO NOT READ THE ENCLOSED PAGES! THE ENCLOSED INFORMATION IS HIGHLY CONFIDENTIAL. IF YOU HAVE RECEIVED THIS FAX BY ERROR OR IF YOU DO NOT KNOW THE INDIVIDUAL NAMED BELOW; PLEASE CALL (305) 865-6766 TO REPORT ALL TRANSMISSION ERRORS AND SEND THE FAX TO: 300 71st STREET, SUITE 605, MIAMI BEACH, FLORIDA 33141—ALL POSTAGE WILL BE REIMBURSED.

To: Stuart M. Silverman, Esq.

Fax: (561) 367-7384- 999-9958

Phone:

Re: Rodilla et al v. TFC-RB, LLC

From: Daniel T. Feld, Esq.

Pages: 3, INCLUDING COVER PAGE

Date: February 3, 2009

cc:

☐ Urgent  ☐ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

Comments:

Should this date be inconvenient, please propose 3 alternative dates for these depositions to go forward on. Additionally, please advise if any of the deponents will require an interpreter.

J.H. ZIDELL, P.A. ATTORNEYS AT LAW, CITY NATIONAL BANK BUILDING, 300 71st STREET, SUITE 605, MIAMI BEACH, FLORIDA 33141, TELEPHONE (305) 865-6766, FAX (305) 865 7167

EXHIBIT "A"