UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**CASE NO.: 08-21352 CIV UNGARO/SIMONTON**

ANDRES VARGAS RODILLA,
ROBERTO CHAMORRO,
RICARDO LOZO, GUILLERMO SALA,
JULIO ABREU, MANUEL PEREIRA, MARIA E.
GIRALDO, JOSE JIMINEZ, OMAR CANO,
JOEL RODRIGUEZ, WILLIAM ENGARDO
LANDIETA, MARIA CAROLINA MARTIN, and all
others similarly situated

    Plaintiffs,

v.

TFC-RB, LLC,
MICHAEL DAWSON,

    Defendants.

_____/

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME SEEKING LEAVE TO FILE AND SERVE SEVENTH AMENDED COMPLAINT NUNC PRO TUNC AND PLAINTIFF'S MOTION SEEKING LEAVE TO FILE AND SERVE SEVENTH AMENDED COMPLAINT**

Come Now the Defendants by and through their undersigned counsel and hereby give their response to the Plaintiff's motions (DE 51 and DE 52) as follows:

1. Defendants have no objection to the addition of Florida Jet Aviation Cleaning Services, Inc. as a party defendant. In the interest of judicial economy, the defendants would agree that the seventh amended complaint be deemed served on March 18th, 2009 and the defendants have twenty days or until April 7th, 2009 in which to file a responsive pleading. No further service of the Seventh Amended complaint on the corporation or its registered agent is required.

1

## CERTIFICATE OF SERVICE

I hereby certify that on **March 18th 2009**, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day to J. H. Zidell, Esquire, J.H. Zidell, P.A. 300 71st Street, #605, Miami Beach, FL 33141 via transmission of Notices of Electronic Filing generated by CM/ECF.

S/ **Stuart M. Silverman**
STUART M. SILVERMAN, ESQ.
E-Mail:smslawfirm@aol.com
STUART M. SILVERMAN, P.A.
2500 N. Military Trail, Suite 283
P.O. Box 812315
Boca Raton, FL 33481-2315
Tel: (561) 289-9319
Fax: (561) 999-9958
Florida Bar No. 717614
Attorneys for Defendants