UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-21352-CIV-SIMONTON
<u>CONSENT CASE</u>

ANDRES VARGAS RODILLA, ROBERTO
CHAMORRO, RICARDO LOZO;
GUILLERMO SALA, JULIO ABREU,
MANUEL PEREIRA, MARIA E. GIRALDO,
JOSE JIMENEZ, OMAR CANO, JOEL
RODRIGUEZ, WILLIAM EDGARDO
LANDIETA, MARIA CAROLINA MARTIN
and JAIRO ENRIQUE RODRIGUEZ,

    Plaintiffs,

v.

TFC-RB, LLC, FLORIDA JET AVIATION
CLEANING SERVICES, INC., and
MICHAEL DAWSON,

    Defendants.
_____/

### FINAL JUDGMENT IN FAVOR OF PLAINTIFFS

Based upon the Consent to Entry of Final Judgment in favor of the Plaintiffs, and the fairness hearing held on November 19, 2009, the Court finds that the Consent Judgment represents a fair and reasonable resolution of the claims in this case; and, the Court hereby enters Final Judgment in favor of Plaintiff ANDRES VARGAS RODILLA in the amount of $1250.00, in favor of Plaintiff ROBERTO CHAMORRO in the amount of $8750.00, in favor of Plaintiff RICARDO LOZO in the amount of $6250.00, in favor of Plaintiff GUILLERMO SALA in the amount of $7,973.42, in favor of Plaintiff JULIO ABREU in the amount of $17,500.00, in favor of Plaintiff MANUEL PEREIRA in the amount of $18,750.00, in favor of Plaintiff MARIA E. GIRALDO in the amount of $2576.00, in favor of Plaintiff JOSE JIMINEZ in the amount of $13,750.00, in favor of Plaintiff OMAR CANO in the amount of $4114.77, in favor of Plaintiff JOEL RODRIGUEZ in the amount of $2,278.12, in favor of Plaintiff WILLIAM EDGARDO LANDIETA in the amount of $ 32,500.00, in favor

of Plaintiff MARIA CAROLINA MARTIN in the amount of $6,571.50, and in favor of Plaintiff JAIRO ENRIQUE RODRIGUEZ in the amount of $5000.00, and for attorney's fees and costs in the total amount of $87,736.19 representing $83,736.19 in fees and $4000.00 in costs to Plaintiffs' Attorneys, J.H. ZIDELL, P.A.; as against Defendants TFC-RB, LLC, FLORIDA JET AVIATION CLEANING SERVICES, INC., and MICHAEL DAWSON, jointly and severally, for a total judgment in the amount of $215,000.00 (two-hundred and fifteen thousand dollars), which shall bear interest at the legal rate, i.e. 33%, from the date of this Final Judgment onward and for which sum let execution issue.

**DONE AND ORDERED** in Miami, Florida, on November 20, 2009.

*Andrea M. Simonton*
_____
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished via CM/ECF to:
All counsel of record