UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-21352-CIV-UNGARO/SIMONTON

<u>CONSENT CASE</u>

ANDRES VARGAS RODILLA; ROBERTO CHAMORRO; RICARDO LOZO; GUILLERMO SALA; JULIO ABREU, MANUEL PEREIRA, MARIA E. GIRALDO, JOSE JIMENEZ, OMAR CANO, JOEL RODRIGUEZ, WILLIAM EDGARDO LANDIETA, MARIA CAROLINA MARTIN and all others similarly situated under 29 USC 216(B)
      Plaintiffs,
  vs.

TFC-RB, LLC
MICHAEL DAWSON

      Defendants

<u>**ORDER GRANTING PLAINTIFFS' MOTION FOR DEFENDANT MICHAEL DAWSON AND HIS SPOUSE TO COMPLETE FACT INFORMATION SHEET IN AID OF EXECUTION PURSUANT TO FLORIDA RULE OF CIVIL PROCEDURE 1.560 AND 1.977**</u>

This matter came on to be heard regarding the Plaintiff's above-described Motion, and the Court having reviewed the relevant motions, considered legal argument and otherwise being advised in the premises, it is:

ORDERED AND ADJUDGED that the Plaintiff's Motion is Granted. Defendant Michael Dawson and his spouse, shall complete form 1.977 and provide said form with all supporting documentation to Plaintiffs' counsel within 45 days.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of _____ 2012.

_____
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

**Copies to:**    **Counsel of Record**