# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 08-21352-CIV-UNGARO/SIMONTON

### CONSENT CASE

ANDRES VARGAS RODILLA; ROBERTO )
CHAMORRO; RICARDO LOZO; )
GUILLERMO SALA; JULIO ABREU, )
MANUEL PEREIRA, MARIA E. GIRALDO, )
JOSE JIMENEZ, OMAR CANO, JOEL )
RODRIGUEZ, WILLIAM EDGARDO )
LANDIETA, MARIA CAROLINA MARTIN )
and all others similarly situated under 29 USC )
216(B) )
       Plaintiffs, )
vs. )
 )
TFC-RB, LLC )
FLORIDA JET AVIATION CLEANING )
SERVICES INC. )
MICHAEL DAWSON )
 )
       Defendants )



## MOTION FOR ISSUANCE OF WRIT OF GARNISHMENT AFTER JUDGMENT

Plaintiffs, by their undersigned Attorney, pursuant to Florida Statute 77.03, moves for the issuance of a writ of garnishment after judgment as to Garnishee Bank of America and as grounds therefore, states as follows:

1. Plaintiffs' obtained a final judgment against Defendants Michael Dawson, Florida Jet Aviation Cleaning Services Inc. and TFC-RB, LLC in an order signed on November 20, 2009, for a total amount of $215,000.00 [D.E. 108].

2. The judgment was entered against Defendants Michael Dawson, Florida Jet Aviation Cleaning Services Inc. and TFC-RB, LLC, jointly and severally, and in favor of Plaintiffs.

3. Plaintiffs' request that a writ of garnishment after judgment as to Garnishee Bank of America be issued in the amount of $215,000.00.

Respectfully Submitted,

J.H. Zidell, Esq.
J.H. Zidell, P.A.
Attorney For Plaintiffs
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By:_____
J.H. Zidell, Esq.
Florida Bar Number: 0037013